# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-5186**                                                             **September Term, 2023**

1:24-cv-02234-DLF

Filed On: August 19, 2024

Novartis Pharmaceuticals Corporation,

       Appellant

   v.

Xavier Becerra, in his official capacity as Secretary of Health and Human Services, et al.,

       Appellees

      **BEFORE:**    Henderson, Walker, and Childs, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for administrative stay and stay pending appeal, the responses thereto, and the reply, it is

**ORDERED** that the Food and Drug Administration's approval of intervenor-appellees' abbreviated new drug application for a generic version of Entresto is stayed pending resolution of this appeal. Appellant has satisfied the stringent requirements for a stay pending appeal. See Nken v. Holder, 556 U.S. 418, 434 (2009); D.C. Circuit Handbook of Practice and Internal Procedures 33 (2021). It is

**FURTHER ORDERED** that the motion for an administrative stay be dismissed as moot.

### Per Curiam

                                                    **FOR THE COURT:**
                                                    Mark J. Langer, Clerk

                                   BY:    /s/
                                                    Selena R. Gancasz
                                                    Deputy Clerk