# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

No. 24-5186                            September Term, 2023

1:24-cv-02234-DLF

Filed On: August 19, 2024 [2070625]

Novartis Pharmaceuticals Corporation,

        Appellant

    v.

Xavier Becerra, in his official capacity as
Secretary of Health and Human Services, et al.,

        Appellees

## O R D E R

The notice of appeal was filed on August 15, 2024, and docketed in this court on August 15, 2024. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | September 18, 2024 |
| Docketing Statement Form | September 18, 2024 |
| Entry of Appearance Form (Attorneys Only) | September 18, 2024 |
| Procedural Motions, if any | September 18, 2024 |
| Statement of Intent to Utilize Deferred Joint Appendix | September 18, 2024 |
| Statement of Issues to be Raised | September 18, 2024 |
| Transcript Status Report | September 18, 2024 |
| Underlying Decision from Which Appeal or Petition Arises | September 18, 2024 |
| Dispositive Motions, if any | October 3, 2024 |

It is

**FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | September 18, 2024 |
| Entry of Appearance Form (Attorneys Only) | September 18, 2024 |
| Procedural Motions, if any | September 18, 2024 |

　　　　Dispositive Motions, if any　　　　　　　　　　　　　　October 3, 2024

It is

　　　**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

　　　**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　　Erica M. Thorner
　　　　　　　　　　　　　　　　　　　Deputy Clerk

The following forms and notices are available on the Court's website:

　　　Civil Docketing Statement Form
　　　Entry of Appearance Form
　　　Transcript Status Report Form
　　　Request to Enter Appellate Mediation Program (Optional)
　　　Notice Concerning Expedition of Appeals and Petitions for Review
　　　Stipulation to be Placed in Stand-By Pool of Cases (Optional)